Georgine Wheaton, minor by Kathryn Wheaton, her mother and next friend, appellee, v. Goldblatt Brothers, Inc., appellant. Gen. No. 39,729.

 Opinion filed May 11, 1938.

Philip A. Weinstein, for appellant. Alexander Rothstein, for appellee.

Mr. Justice Hall delivered the opinion of the court.

Clarence W. Edinger et al., plaintiffs below, and Clarence W. Edinger, appellee, v. Clarence F. Edinger et al. Appeal of Dorothy Realty and Investment Company, appellant. Gen. No. 39,750.

Opinion filed May 11, 1938. Rehearing denied May 26, 1938.

Fred J. Loyda, for appellant; Miles Wlodek, of counsel. Charles J. Trainor, for appellee.

Mr. Justice Hall delivered the opinion of the court.

Mary C. Nolan, appellee, v. Robert J. Koeppe, appellant. Gen. No. 39,765.

Opinion filed May 11, 1938.

Townley, Campbell, Clark & Miller, for appellant; J. Arthur Miller and Glenn G. Paxton, of counsel. Stebbins, McKinley & Price, for appellee; Paul E. Price and Louis Dennen, of counsel.

Mr. Justice Hall delivered the opinion of the court.